U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

MAR 1 8 2021

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:21-CR-00042 |
| | * | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) |
| VERSUS | * | 18 U.S.C. § 2 |
| | * | 21 U.S.C. § 853 |
| DEONDRICK W. BROWN (01) | * | JUDGE SUMMERHAYS |
| REBEKAH I. ETIENNE (02) | * | MAGISTRATE JUDGE WHITEHURST |

## INDICTMENT

THE FEDERAL GRAND JURY CHARGES:

### COUNT 1
**Possession with Intent to Distribute Methamphetamine**
**[21 U.S.C. §§ 841(a)(1), 841(b)(1)(A); 18 U.S.C. § 2]**

On or about June 12, 2020, in the Western District of Louisiana, the defendants, DEONDRICK W. BROWN and REBEKAH I. ETIENNE, each aiding, abetting, counseling, commanding, and inducing one another, did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2. [21 U.S.C. § 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. § 2].

### NOTICE OF FORFEITURE
**[21 U.S.C. § 853]**

1.  The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2.  Pursuant to Title 21, United States Code, Section 853, upon conviction of an

offense in violation of Title 21, United States Code, Section 841, the defendants, DEONDRICK W. BROWN and REBEKAH I. ETIENNE, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

3. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p). [21 U.S.C. § 853].

A TRUE BILL:

REDACTED
GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
Acting United States Attorney

J. DANIEL SIEFKER, JR.
La. Bar No. 34764
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618